GORDON & REES LLP
WILLIAM J. PETERS, Bar No. 104787
BRYCE CARROLL, Bar No. 208593
Embarcadero Center West Tower
275 Battery Street
San Francisco, CA 94111
Telephone: (415) 986-5900
Facsimile: (415) 986-8054
wpeters@gordonrees.com
bcarroll@gordonrees.com

Attorneys for Defendants
ICENOGLE CONSTRUCTION MANAGEMENT, INC and
TRAVELERS CASUALTY & SURETY COMPANY OF AMERICA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA ex rel. GILL CONSTRUCTION GROUP, INC., an Arizona corporation<br><br>Plaintiffs,<br><br>v.<br><br>ICENOGLE CONSTRUCTION MANAGEMENT, INC., a California corporation; and TRAVELERS CASUALTY & SURETY COMPANY OF AMERICA,<br><br>Defendants. | CASE NO. C 07 4697<br><br>STIPULATION FOR EXTENSION OF TIME FOR ICENOGLE CONSTRUCTION MANAGEMENT, INC AND TRAVELERS CASUALTY & SURETY COMPANY OF AMERICA TO FILE ITS ANSWER TO GILL CONSTRUCTION GROUP, INC.'S COMPLAINT<br><br>Complaint Filed: September 12, 2007 |

TO THIS HONORABLE COURT, AND ALL PARTIES AND THEIR ATTORNEYS:

    1.    Plaintiff GILL CONSTRUCTION GROUP, INC. ("GILL") and defendants ICENOGLE CONSTRUCTION MANAGEMENT, INC., and TRAVELERS CASUALTY & SURETY COMPANY OF AMERICA (collectively "DEFENDANTS") have agreed to attempt to informally resolve this matter through mediation presently scheduled for November 27, 2007.

    2.    In light of the parties' desire to mediate the matter, and pursuant to the applicable Federal Rules of Civil Procedure and Local Rules, IT IS HEREBY STIPULATED by and between GILL and DEFENDANTS based upon good cause, that DEFENDANTS are permitted an extension of time (until December 4, 2007) to file their answers to GILL'S complaint.

IT IS SO STIPULATED.

Dated: November 5, 2007

GORDON & REES LLP

By: /s/ Bryce Carroll
Bryce Carroll
Attorneys for Defendants ICENOGLE CONSTRUCTION MANAGEMENT, INC and TRAVELERS CASUALTY & SURETY COMPANY OF AMERICA

Dated: November 2, 2007

LAW OFFICES OF PATRICK C. CARROLL

By: /s/ Patrick C. Carroll
Patrick C. Carroll
Attorneys for Plaintiffs GILL CONSTRUCTION GROUP, INC.

-2-

STIPULATION FOR EXTENSION OF TIME TO ANSWER COMPLAINT, CASE NO. C 07 4697