1

UNITED STATES DISTRICT COURT

2

NORTHERN DISTRICT OF CALIFORNIA

3

4

GILL CONSTRUCTION

5

Plaintiff(s),                              No. 07-04697 JL

6

v.                                          NOTICE OF CONTINUANCE
                                               OF CASE MANAGEMENT CONFERENCE

7

ICE NOGLE CONSTRUCTION

8

Defendant(s).
_____/

9

10

TO ALL PARTIES AND COUNSEL OF RECORD:

11

You are hereby notified that the case management conference scheduled for December

12

19, 2007 @ 10:30 a.m. in Courtroom F, 15th Floor, 450 Golden Gate Avenue, San Francisco,

13

California 94102 has been continued to February 6, 2008 @ 10:30 a.m..

14

15

Dated:  December 17, 2007                         *Wings Hom*

16

_____
Wings Hom Courtroom Deputy to

17

JAMES LARSON, CHIEF UNITED STATES
MAGISTRATE JUDGE

18

19

20

21

22

23

24

25

26

27

28