1 | PATRICK C. CARROLL, SBN 70400
Law Offices of Patrick C. Carroll
2 | 2001 E. Dyer Road, Ste. 100
Santa Ana, CA  92705-5709
3 | Telephone: 949-794-0768
Telefax:  949-794-9442
4 | Email: pcarroll_law@hotmail.com

5 | Attorney for Plaintiff
**GILL CONSTRUCTION GROUP, INC.,**
6 | **an Arizona corporation**

7

8 | IN THE UNITED STATES DISTRICT COURT

9 | NORTHERN DISTRICT OF CALIFORNIA

10 | UNITED STATES OF AMERICA ex | **CASE NO.  C 07 4697 JL**
11 | rel. GILL CONSTRUCTION GROUP, | **(Assigned the James Larson,**
INC., an Arizona corporation, | **Magistrate)**
12 | Plaintiff, | **NOTICE OF COMPLIANCE**
13 | | **WITH SETTLEMENT AND**
vs. | **REQUEST FOR DISMISSAL OF**
14 | | **ACTION; AND [PROPOSED]**
ICENOGLE CONSTRUCTION | **ORDER**
15 | MANAGEMENT, INC., a California
corporation; and TRAVELERS
16 | CASUALTY & SURETY COMPANY
OF AMERICA, an entity of unknown
17 | form,
18 | Defendants. | **[Complaint Filed: 9-12-07]**
19

20

21 | **TO THIS HONORABLE COURT AND ALL PARTIES AND THEIR**

22 | **ATTORNEYS:**

23 |       **NOTICE IS HEREBY GIVEN** that Defendant ICENOGLE

24 | CONSTRUCTION MANAGEMENT, INC., a California corporation and

25 | TRAVELERS CASUALTY COMPANY OF AMERICA have complied with all

26 | ///

27

28 | 1

1  conditions set forth in the Settlement Agreement and Stipulated Judgment. As
2  provided in the Stipulation, Plaintiff GILL CONSTRUCTION GROUP, INC.
3  hereby requests that the Court dismiss the action with prejudice in its entirety.
4  Each party shall bear their own fees and costs.

5

6  DATED: December 29, 2008    LAW OFFICES OF PATRICK C. CARROLL

7
                                 *Patrick C. Carroll*
8                                PATRICK C. CARROLL
                                 Attorney for Plaintiff
9                                **GILL CONSTRUCTION GROUP, INC.,**
                                 **an Arizona corporation**
10
    DATED: ~~December ___, 2008~~    GORDON & REES LLP
11        January 5, 2009

12
13                               BRYCE D. CARROLL
                                 Attorney for Defendants
14                               **ICENOGLE CONSTRUCTION**
                                 **MANAGEMENT, INC., a California**
15                               **corporation and TRAVELERS CASUALTY**
                                 **COMPANY OF AMERICA**
16

17

18      (order on the next page).

19

20

21

22

23

24

25

26

27

28                               2

---

1

## <u>ORDER</u>

2

3        GOOD CAUSE APPEARING IT IS HEREBY ORDERED THAT:

4    1.    That the action is dismissed with prejudice and each party shall be

5          responsible for its own fees and costs.

6

7    DATED:        _____

8    1/12/09        JUDGE OF THE UNITED STATES DISTRICT COURT

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27                        3

28